UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT WAYNE HARPER,<br><br>Defendants. | Case Nos.<br><br>97-CR-1772-DMS<br><br>Related Case: 22-CV-1511-DMS-MSB<br><br>**ORDER SETTING STATUS CONFERENCE** |

The Court is in receipt of a transferred case regarding Petitioner-Defendant Vincent Wayne Harper's petition for writ of mandamus against the United States Marshal Service, which was filed on October 3, 2022. (22-CV-1511, ECF No. 1.) Judge Cynthia A. Bashant issued an order denying Mr. Harper's corresponding motion for leave to proceed *in forma pauperis* and dismissed the action, without prejudice, on October 11, 2022. (22-CV-1511, ECF No. 3.) Mr. Harper appears to have not received the order and subsequently filed a request for a status report on October 19, 2022. (22-CV-1511, ECF No. 5.)

In short, Mr. Harper seeks clarification of and correction to the location of his detention. Mr. Harper's petition requires the Court and counsel's discussion of the Judgment and writ of habeas corpus ad prosequendum in his criminal case, 97-CR-

1772-DMS-1.  (ECF Nos. 65-66.)  Therefore, the Court hereby sets the matter for a status conference at **1:30 p.m. on Friday, November 18,** in Courtroom 13A, during which the government and defense counsel shall appear to state any arguments and submit a proposal regarding the matter.  Defendant need not be present.

Furthermore, Mr. Harper has provided the Court the following address as his present location for delivery of legal mail: Vincent Harper #50055198, MDC Los Angeles, P.O. Box 1500, Los Angeles, CA, 90053.  (22-CV-1511, ECF No. 5.)  Judge Bashant's Order denying Mr. Harper's IFP motion and dismissing the action was mailed to this address, and thereafter returned to the Court as undeliverable.  Defense counsel is instructed to inform the Court of Mr. Harper's correct and updated mailing address at the status conference.

**IT IS SO ORDERED.**

Dated:  November 7, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court